USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JAMES SAVARESE, :
:
Plaintiff, :
: 18-cv-5956 (LJL)
-v- :
: ORDER
CITY OF NEW YORK, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. It is hereby ORDERED that a status conference is scheduled for March 3, 2020 at 4:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York. The parties' recent application will be discussed at that time. *See* Dkt. No. 56.

Counsel for Plaintiff is ordered to notify all counsel of this Notice.

SO ORDERED.

Dated: February 27, 2020
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge