USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/2/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JAMES SAVARESE,                                                         :
                                                                        :
                                        Plaintiff,                      :
                                                                        :                18-cv-5956 (LJL)
                -v-                                                      :
                                                                        :                ORDER
CITY OF NEW YORK, et al.,                                               :
                                                                        :
                                        Defendants.                     :
                                                                        :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The status conference scheduled for March 3, 2020 at 4:00 p.m. will take place by

telephone.  The parties are directed to jointly call Chambers at that time.


        SO ORDERED.

Dated:  March 2, 2020                           _____
        New York, New York                              LEWIS J. LIMAN
                                                        United States District Judge