```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JAMES SAVERESE,                                                  :
                                                                 :
                         Plaintiff,                              :
                                                                 :        18-cv-5956 (LJL)
        -v-                                                      :
                                                                 :        ORDER
CITY OF NEW YORK, et al.,                                        :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020

LEWIS J. LIMAN, United States District Judge:

A telephonic conference is scheduled for November 12, 2020 at 4:00 p.m. to address defense counsel's motion to withdraw as counsel for the defendant, Debra Youmans. *See* Dkt. Nos. 74, 76.

In addition to the motion to withdraw, the parties should be prepared to address whether the Court should permit any further briefing from Ms. Youmans in response to Plaintiff's motion for a default judgment and/or sanctions against Ms. Youmans for her failure to appear for a deposition by October 16, 2020 as ordered by the Court on September 17, 2020. *See* Dkt. No. 69. Ms. Youmans is advised that the Court's decision to grant such motion may result in a default judgment and finding of liability against her, as well as monetary or other sanctions.

Ms. Youmans is directed to be present for the November 12, 2020 conference and will be given a right to be heard. Counsel for Defendants is directed to inform Ms. Youmans of this obligation.

Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access

code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: October 28, 2020
      New York, New York

                                  LEWIS J. LIMAN
                            United States District Judge