```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JAMES SAVARESE,                                                    :
                                                                   :
                            Plaintiff,                             :
                                                                   :        18-cv-5956 (LJL)
            -v-                                                    :
                                                                   :          ORDER
CITY OF NEW YORK, et al.,                                          :
                                                                   :
                            Defendants.                            :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    As discussed at the November 12, 2020 status conference, motions for summary judgment shall be filed by January 11, 2021 and the joint pretrial order shall be filed by June 30, 2021.  A final pretrial conference is scheduled for July 7, 2021 at 4:00 p.m.  The parties shall be ready for trial on July 12, 2021.

    SO ORDERED.

Dated: November 16, 2020  
       New York, New York  
                                            LEWIS J. LIMAN  
                                      United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 11/16/2020