```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JAMES SAVARESE,                                                   :
                                                                  :
                              Plaintiff,                          :
                                                                  :     18-cv-5956 (LJL)
              -v-                                                 :
                                                                  :     ORDER
CITY OF NEW YORK, et al.,                                         :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defense counsel New York City Law Department indicated its intent to withdraw as counsel for Debra Youmans and made such motion on October 27, 2020.  Dkt. Nos. 71, 74, 75.  It also submitted an affidavit, filed under seal, in support of its motion.  Dkt. No. 75.  The Court held a hearing on November 12, 2020 to address the motion.

      It is hereby ORDERED that the motion to withdraw as counsel for Debra Youmans is GRANTED.  The Clerk of Court is respectfully directed to terminate the representation by the New York City Law Department only for Defendant Debra Youmans.

      SO ORDERED.

Dated: January 4, 2021
       New York, New York
                                                      LEWIS J. LIMAN
                                                United States District Judge