```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                   :
JAMES SAVARESE,                                                    :
                                                                   :
                               Plaintiff,                          :
                                                                   :        18-cv-5956 (LJL)
            -v-                                                    :
                                                                   :        ORDER
CITY OF NEW YORK, et al.,                                          :
                                                                   :
                               Defendants.                         :
                                                                   :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Defendants' motion for summary judgment. Dkt. No. 89. Oral argument on the summary judgment motion is HEREBY SCHEDULED for June 16, 2021 at 4:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: June 8, 2021
       New York, New York

                                                        _____
                                                        LEWIS J. LIMAN
                                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021