**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JAMES SAVARESE,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------X

18 **CIVIL** 5956 (LJL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 2, 2021, the motion for summary judgment is GRANTED. Accordingly, the motions against Defendant Youmans at Dkt. No. 70 and 81 are denied as moot. Judgment is entered in favor of Defendants and against Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York
       July 2, 2021

                                      **RUBY J. KRAJICK**

                                      Clerk of Court

BY:

                                      **Deputy Clerk**